## WHIDDON v. STATE.

No. 26869.

Court of Criminal Appeals of Texas.

March 3, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

Appellant was convicted as a second offender for the offense of unlawfully operating a motor vehicle upon a public highway while under the influence of intoxicating liquor, and upon his plea of guilty to the court, he was fined the sum of $250.

All matters of procedure appear to be regular. The record is before this court without a statement of facts or bills of exception. In the absence thereof, no question is presented for review.

The judgment of the trial court is affirmed.